[No. 3452.]

HALL v. HARDY ET AL.

Judgment affirmed on the authority of *Hall, Receiver, v. Burrell*, post.

*Appeal from Otero District Court.* HON. J. E. RIZER, Judge.

Mr. FRED A. SABIN, for appellant.

Mr. JOHN H. VOORHEES, for appellees.

Presiding Judge SCOTT delivered the opinion of the court.

This case involves the same question as in the case of *G. M. Hall, Receiver of the State Bank of Rocky Ford v. Burrell,* decided at this term of court, and upon the authority of that case the judgment is affirmed.

All the judges concurring.